# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2589
_____

United States of America

*Plaintiff - Appellee*

v.

Devontae Naylor-Foy, also known as Devontae Naylor Foy

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: January 27, 2026
Filed: February 13, 2026
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Devontae Naylor-Foy appeals the below-Guidelines sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved for leave

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; discussing substantive reasonableness); <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that when the district court has varied below the Guidelines range, it is "nearly inconceivable" that the court abused its discretion in not varying further). In addition, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm.

_____